UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:25-mj-00724-MG-01 |
| TY'RAY ANQUAN WILSON, | ) ) ) ) | |
| Defendant. | ) | |

MOTION FOR PRETRIAL DETENTION

Comes now the United States of America, by counsel, Thomas E. Wheeler II, United States Attorney for the Southern District of Indiana, and Barry D. Glickman, Assistant United States Attorney, and respectfully moves this Honorable Court to enter an order detaining the defendant pending trial in this cause.  In support of the foregoing request, the United States submits the following:

     1.     The defendant is charged in a criminal complaint issued on August 5, 2026, with Distribution of Controlled Substances, in violation of Title 21, United States Code, Sections 841 and 2 and Carrying a Firearm During and in Relation to a Drug Trafficking Crime, in violation of Title 18, United States Code, Section 922(c).

     2.     The defendant is charged in the criminal complaint with an offense for which a term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.  *See* 18 U.S.C. §3142(f)(1)(C).  Therefore, pursuant

to 18 U.S.C. § 3142(e), it is presumed that no condition or combination of conditions will reasonably assure the appearance of the defendant and the safety of the community.

3. The defendant is also charged in the criminal complaint with an offense involving the use or possession of a firearm. See 18 U.S.C.§ 3142(f)(1)(E).

4. The United States respectfully submits that should the defendant be released, there is a serious risk he would flee. See 18 U.S.C. § 3142(f)(2)(A). The United States also submits that the defendant is a danger to the community.

5. For the foregoing reasons the United States is seeking the entry of an order detaining the defendant pending trial in this cause, and respectfully requests the opportunity to present other evidence, if necessary, at the Detention Hearing in this matter.

WHEREFORE, the United States of America requests the Court to grant this motion and for all other just and proper relief.

        Respectfully Submitted

        THOMAS E. WHEELER II
        United States Attorney

By:   s/ Barry D. Glickman
      Barry D. Glickman
      Assistant United States Attorney