**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:25-mj-00724-MG-1 ) |
| TY'RAY ANQUAN WILSON, | ) ) ) |
| Defendant. | ) |

FILED 08/07/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

## APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of Joseph M. Cleary, Indiana Federal Community Defenders, Inc., as counsel for the Defendant.

Dated: August 7, 2025

*Joseph M. Cleary*
Joseph M. Cleary
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
(317) 383-3520
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, a copy of the foregoing Appearance was filed electronically.   Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

*Joseph M. Cleary*
Joseph M. Cleary